# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE ANGEL AVILA MUNOZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-25-1190-G |
| RUSSELL HOLT et al., | ) ) ) |
| Respondents. | ) |

## ORDER

On November 17, 2025, Respondents Russell Holt, Secretary of Homeland Security Kristi Noem, and U.S. Attorney General Pamela Bondi filed an Objection (Doc. No. 12) to the Report and Recommendation issued on November 10, 2025 (Doc. No. 10).

Given the expedited nature of the proceedings, Petitioner Jose Angel Avila Munoz is DIRECTED to file any response to Respondents' Objection (Doc. No. 12) on or before November 24, 2025.

IT IS SO ORDERED this 17th day of November, 2025.

CHARLES B. GOODWIN
United States District Judge